ORIGINAL

Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Attorneys for Plaintiff
Ohio Savings Bank

FILED
JUN 30 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

| | |
|---|---|
| **OHIO SAVINGS BANK,**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | **Case No.** 06-490 T<br><br>**RULE 7.1 STATEMENT** |

**PLAINTIFF OHIO SAVINGS BANK**
**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Rules of the Federal Court of Claims, Plaintiff Ohio Savings Bank hereby certifies that no publicly-traded company owns more than ten percent of its stock.

Dated: June 29, 2006

KELLEY DRYE & WARREN LLP

By: /s/ Paul L. Kattas

Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.

Attorneys for Plaintiff
Ohio Savings Bank