# In the United States Court of Federal Claims

**No. 06-490T**
**(Filed: November 7, 2006)**

* * * * * * * * * * * * * * * * *
**OHIO SAVINGS BANK,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

## O R D E R

The court hereby **SCHEDULES** the joint preliminary status conference for **Thursday, November 16, 2006 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified the court will contact at the following telephone numbers: counsel for plaintiff at (973) 503-5924; counsel for defendant at (202) 307-0878.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge