# In the United States Court of Federal Claims

**No. 06-490T**
**(Filed: November 16, 2006)**

* * * * * * * * * * * * * * * * * *
*
**OHIO SAVINGS BANK,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

Based on representations by the parties in the above-captioned case during the status conference held on November 16, 2006, the court orders that the parties continue to pursue resolution of this case on their own. Absent the filing of a joint stipulation of dismissal, the parties shall submit a joint status report by **Wednesday, February 28, 2007** to update the court on their progress towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge